IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JENNIFER BOWMAN, | ) | CASE NO.: 1:25-cv-00256 |
| | ) | |
| Plaintiff, | ) | JUDGE: BRIDGET MEEHAN |
| | ) | BRENNAN |
| -v- | ) | |
| | ) | **DEFENDANT THE** |
| THE METROHEALTH SYSTEM, | ) | **METROHEALTH SYSTEM'S** |
| | ) | **MOTION FOR LEAVE TO FILE** |
| Defendant. | ) | **AMENDED ANSWER, *INSTANTER*** |
| | ) | |

Pursuant to Fed. R. Civ. P. 15, Defendant The MetroHealth System ("Defendant" or "MetroHealth") respectfully seeks leave to file its Amended Answer to Plaintiffs' Class Action and Collective Action Complaint, instanter. Defendant has attached its proposed Amended Answer as Exhibit A. Defendant's only proposed amendment to its original Answer (ECF # 17) is the addition of Affirmative Defenses Nos. 23 and 24, which state, respectively:

• Plaintiff's claim of unjust enrichment is preempted by Section 301 the Labor Management Relations Act, 29 U.S.C. § 185; and

• Plaintiff's claim of unjust enrichment should be dismissed because Plaintiff failed to exhaust her remedies under the grievance and arbitration procedures of the Collective Bargaining Agreement between MetroHealth Medical Center and Local 3360 of the Ohio Council 8 American Federation of State, County and Municipal Employees AFL-CIO.

Under Fed R. Civ. P. 15(a)(2), "[t]he court should freely give leave when justice so requires." *See also Foman v. Davis*, 371 U.S. 178, 182 (1962) (Leave to amend "shall be freely given when justice so requires. This mandate is to be heeded.") This rule, which allows a liberal policy in favor of granting amendments, "reinforce[s] the principle that cases 'should be tried on their merits rather than the technicalities of pleadings.' " *Ousley v. CB Consulting, LLC, et al.*, 339

F.R.D. 455, 459 (S.D. Ohio 2021) (citing *Inge v. Rock Fin. Corp.*, 388 F.3d 930, 936 (6th Cir. 2004) (quoting *Moore v. City of Paducah*, 790 F.2d 557, 559 (6th Cir. 1986)). Thus, the trial court enjoys broad discretion in deciding motions for leave to amend. *See Gen. Elec. Co. v. Sargent & Lundy*, 916 F.2d 1119, 1130 (6th Cir. 1990). In exercising its discretion, the trial court may consider such factors as "undue delay, bad faith or dilatory motive on the part of a movant, repeated failures to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, [and] futility of the amendment." *Ousely* (citing *Foman*, supra).

The Court should grant MetroHealth leave to amend its Answer because (1) the referenced affirmative defenses may determine the outcome of Plaintiff's unjust enrichment claim[1], (2) Defendant reserved the right to assert additional affirmative defenses as it learned of them during this action (ECF # 17, PageID 154, Aff. Def. No. 24); and (3) the Court has not yet entered a case schedule. Further, the parties have not yet commenced discovery in this case and Plaintiff will suffer no prejudice if the Court grants MetroHealth leave to amend.

For the foregoing reasons, MetroHealth requests that the Court grant it leave to file the attached Amended Answer to Plaintiffs' First Class Action and Collective Action Complaint.

---

[1] Plaintiff's Complaint, including her unjust enrichment claim, is the subject of Defendant's Motion to Dismiss (ECF # 16), which is currently pending. In moving to amend its Answer to assert the referenced affirmative defenses, Defendant does not waive the arguments set forth in its Motion to Dismiss as to Plaintiff's unjust enrichment claim.

2

Respectfully submitted,


*/s/ Monica L. Lacks*
John Gerak (0075431)
Monica L. Lacks (0078649)
Samuel H. Ottinger (0099034)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Key Tower
127 Public Square, Suite 4100
Cleveland, OH 44114
216.241.6100
216.357.4733 (FAX)
john.gerak@ogletreedeakins.com
monica.lacks@ogletreedeakins.com
sam.ottinger@ogletreedeakins.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2025, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Monica L. Lacks*
Monica L. Lacks